An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM FISK TEMPLE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66544

**FILED**

DEC 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge. Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal and that any issues that were or could have been brought in this appeal are forever waived, and that having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

14-40180

cc: Hon. Robert W. Lane, District Judge
Stein & Rojas
Gibson Law Group
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk
Adam Fisk Temple